# FILED

09/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0353

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Case No. DA 20-0353

| | |
|---|---|
| EDWARD ZABROCKI, <br><br> Petitioner and Appellant, <br><br> v. <br><br> THE TEACHERS' RETIREMENT SYSTEM OF THE STATE OF MONTANA, <br><br> Respondent and Appellee. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon consideration of Petitioner/Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that, pursuant to M. R. App. P. 26(1), Petitioner/Appellant is granted an extension of time in which to file his opening brief. The Petitioner/Appellant shall file his opening brief on or before October 16, 2020.

Dated this __ day of September, 2020.

_____

cc:     Denise Pizzini
        Scott M. Svee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 9 2020